1 | GREGORY J. ROCKWELL, ESQ. (SBN 67305)
grockwell@bjg.com
2 | BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation/File #027529
3 | 555 12th Street, Suite 1800
Oakland, CA  94607
4 | Telephone: (510) 834-4350
Facsimile: (510) 839-1897
5 |
Attorneys for Defendant
6 | COUNTY OF ALAMEDA

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANNE WEILLS, TOVA FRY, ALYSSA     )     Case No.:  C 14-04773 VC
EISENBERG, and MOLLIE COSTELLO,   )
12 | Individually and on behalf of others similarly )  **STIPULATION TO CONTINUE**
situated,                          )     **INITIAL CASE MANAGEMENT**
13 |                                   )     **CONFERENCE AND ~~PROPOSED~~**
                                   )     **ORDER**
Plaintiffs,                        )
14 |                                   )
vs.                                )
15 |                                   )
GREGORY J. AHERN, BRETT M.         )     Complaint Filed:  October 27, 2014
16 | KETELES, CARLA KENNEDY, DAVID     )
BRADY, C. STAYSA, DEPUTY SHERIFF   )
17 | KARLA V. VARELA, B. NAGY, J. MILES, )
COUNTY OF ALAMEDA, and DOES 1-250,)
18 |                                   )
Defendants.                        )
19 |_____)

20 |     The undersigned, attorneys for the parties herein, hereby stipulate and jointly request that

21 | the Court continue the initial case management conference, presently set for January 27, 2015, for

22 | a period of two weeks to February 10, 2015, and extend all pre-conference deadlines set forth in

23 | the Court's October 27, 2014 scheduling order for a period of two weeks, for the reasons set forth

24 | below.

25 |     1.   This is an action for deprivation of the plaintiffs' federal civil rights brought pursuant to

26 |          42 U.S.C. §1983.  The plaintiffs are presented by Yolanda Huang, Esq. of Berkeley,

27 |          and defendant County of Alameda is represented by Gregory J. Rockwell, Esq. of the

28 |

-1-

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
*Anne Weills, et al. vs. Gregory J. Ahern, et al.;* USDC-Nor. Dist. Case No. C 14-04773 VC

1    Oakland law firm of Boornazian, Jensen & Garthe.

2    2. The initial case management conference is presently set for January 27, 2015 at 10:00

3    a.m.   Counsel for the defendant has a mediation scheduled for January 27, 2015 at

4    10:00 a.m. in Oakland in the matter of *Pak v. Vigo Industries, et al.*, Northern District

5    of California case number C14-02033 MEJ.  The mediation date in the *Pak* action was

6    set on October 9, 2014, before the complaint in this action was filed.  Plaintiff's counsel

7    has a trial set for the week of February 2, 2015 and prefers that the conference be reset

8    on February 10, 2015 to avoid any conflict with that trial.

9    3. Due to the scheduling conflict between the case management conference in this action

10    and the mediation in the *Pak* action, the parties respectfully request that the court

11    continue the case management conference in this matter to February 10, 2015 at 10:00

12    a.m.   The parties further request that all pre-conference deadlines set forth in the

13    Court's October 27, 2014 scheduling order each be extended for a period of two weeks

14    as well.

15    DATED:   January 12, 2015

16
        BOORNAZIAN, JENSEN & GARTHE
17        A Professional Corporation

18                        /s/ Gregory J. Rockwell
                      By: _____
19                        GREGORY J. ROCKWELL, ESQ.
                          Attorneys for Defendant
20                        COUNTY OF ALAMEDA

21

22    DATED:   January 12, 2015

23        YOLANDA HUANG, ESQ.

24                        /s/ Yolanda Huang
                      By: _____
25                        YOLANDA HUANG, ESQ.
                          Attorney for Plaintiffs
26

27

28
        -2-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
*Anne Weills, et al. vs. Gregory J. Ahern, et al.;* USDC-Nor. Dist. Case No. C 14-04773 VC

1

~~PROPOSED~~ ORDER

2    GOOD CAUSE appearing therefor, and the parties having so stipulated, the initial case

3 management conference in this matter is hereby continued for a period of two weeks from January

4 27, 2015 to February 10, 2015 at 10:00 a.m.  All pre-conference deadlines set forth in the Court's

5 October 27, 2014 scheduling order are each extended for a period on two weeks.

6    **IT IS SO ORDERED**

7 Dated:  January 14, 2015

8
9
                                                    Vince Chhabria
                                                    United States District Judge

10
    27529\680136
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                               -3-
_____
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
*Anne Weills, et al. vs. Gregory J. Ahern, et al.;* USDC-Nor. Dist. Case No. C 14-04773 VC