1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #027529
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  COUNTY OF ALAMEDA

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
   ANNE WEILLS, TOVA FRY, ALYSSA          )   Case No.:  C 14-04773 VC
11 EISENBERG, and MOLLIE COSTELLO,        )
   Individually and on behalf of others similarly  )  **STIPULATION TO CONTINUE CASE**
12 situated,                              )   **MANAGEMENT CONFERENCE AND**
                                          )   **PROPOSED ORDER**
13           Plaintiffs,                  )
                                          )
14 vs.                                    )
                                          )   Complaint Filed:  October 27, 2014
15 GREGORY J. AHERN, et al.,              )
                                          )
16           Defendants.                  )
                                          )
17 _____ )

18         The undersigned, attorneys for the parties herein, hereby stipulate and jointly request that

19 the Court continue the case management conference, presently set for August 16, 2016, for a

20 period of thirty-five (35) days to September 20, 2016 at 1:30 p.m., and extend all pre-conference

21 deadlines for the same time period for the reasons set forth below.

22         The parties have reached agreement on all terms of a settlement of the entire action.  The

23 settlement agreement has been signed, the settlement has been approved by the County Board of

24 Supervisors, and the County is implementing all injunctive relief agreed upon.  That process will

25 be completed in less than sixty (60) days.  The monetary payments to the plaintiffs and their

26 counsel will be paid in less than thirty (30) days, at which point dismissals will be filed.

27

28
-1-
**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
*Anne Weills, et al. vs. Gregory J. Ahern, et al.;* USDC-Nor. Dist. Case No. C 14-04773 VC

DATED: August 10, 2016

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ Gregory J. Rockwell
_____
GREGORY J. ROCKWELL, ESQ.
Attorneys for Defendant
COUNTY OF ALAMEDA

DATED: August 10, 2016

YOLANDA HUANG, ESQ.

By: /s/ Yolanda Huang
_____
YOLANDA HUANG, ESQ.
Attorney for Plaintiffs

## PROPOSED ORDER

GOOD CAUSE appearing therefor, and the parties having so stipulated, the case management conference in this matter is hereby continued for a period of thirty-five (35) days from August 16, 2016 to September 20, 2016 at 1:30 p.m. All pre-conference deadlines are each extended to September 13, 2016.

**IT IS SO ORDERED**

Dated:

_____
Vince Chhabria
United States District Judge

27529\719855

-2-

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER**
*Anne Weills, et al. vs. Gregory J. Ahern, et al.;* USDC-Nor. Dist. Case No. C 14-04773 VC