1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   grockwell@bjg.com
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/File #027529
3  555 12th Street, Suite 1800
   Oakland, CA  94607
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  COUNTY OF ALAMEDA

7                  UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 ANNE WEILLS, TOVA FRY, ALYSSA      )   Case No.:  C 14-04773 VC
   EISENBERG, and MOLLIE COSTELLO,    )
11 Individually and on behalf of others similarly ) **STIPULATION AND REQUEST TO**
   situated,                          )   **DISMISS ENTIRE ACTION WITH**
12                                    )   **PREJUDICE AND** ~~PROPOSED~~
            Plaintiffs,                )   **ORDER**
13                                    )
   vs.                                )
14                                    )
   GREGORY J. AHERN, et al.,          )
15                                    )
            Defendants.                )
16 _____)

17      The undersigned, attorneys for the parties herein, hereby stipulate and jointly apply to the

18 Court for an order, pursuant to Federal Rule of Civil Procedure 41(a)(2), dismissing the plaintiffs'

19 complaint herein, and all causes of action contained therein, with prejudice, with all parties to bear

20 their own costs and attorneys' fees herein.

21 ATED:   September 13, 2016

22                                          BOORNAZIAN, JENSEN & GARTHE
                                            A Professional Corporation
23

24                                   By:  /s/ *Gregory J. Rockwell, Esq.*
25                                          GREGORY J. ROCKWELL, ESQ.
                                            Attorneys for Defendants
26

27

28
                                             -1-
STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ~~[PROPOSED]~~ ORDER
*Anne Weills, et al. vs. Gregory J. Ahern, et al.*; USDC-Nor. Dist. of CA Case No. C 14-04773 VC

| | |
|---|---|
| 1 | |
| 2 | DATED: September 13, 2016           YOLANDA HUANG, ESQ. |

                                     /s/ Yolanda Huang
                            By: _____
                                    YOLANDA HUANG, ESQ.
                                     Attorney for Plaintiffs

STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER
*Anne Weills, et al. vs. Gregory J. Ahern, et al.*; USDC-Nor. Dist. of CA Case No. C 14-04773 VC

**[PROPOSED] ORDER**

GOOD CAUSE appearing therefor, and the parties having so stipulated, the Court hereby DISMISSES the plaintiffs' complaint for damages, and all causes of action contained therein, with prejudice, with all parties to bear their own costs and attorneys' fees herein.

**IT IS SO ORDERED**

Dated: September 16, 2016

_____
HON. VINCE CHHABRIA
United States District Judge

27529\734058